CARRIE ANTHONY, as Administratrix of the Estate of TRACY A. ANTHONY, Deceased, Respondent, v. JENNIE SCHOFIELD, Appellant.

Submitted November 15, 1943; decided November 24, 1943.

*Alton J. Wightman* for motion.

*George A. King* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the action within the meaning of the Constitution.